IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JASON ATTRIDE,

      Appellant,

v.

                                        Case No.  5D21-2926
                                        LT Case No. 2013-13946-FMDL

JENNIFER SHAFER,

      Appellee.

_____/

Decision filed November 22, 2022

Appeal from the Circuit Court
for Volusia County,
Elizabeth A. Blackburn, Judge.

Jason Attride, Daytona Beach,
pro se.

No Appearance for Appellee.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., EVANDER and EDWARDS, JJ., concur.